IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHESTINE L. MONTGOMERY,

    Plaintiff,

v.    No. 03-2948-B/P

STATE OF TENNESSEE,

    Defendant.

---

### ORDER OF REFERENCE

---

Before the court is Defendant's Motion for Mental Examination of Plaintiff filed on May 13, 2005.

This motion is referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 16th day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5/17/05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:03-CV-02948 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Zachary S. Griffith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

John W. Dalton
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37207--020

Kaye G. Burson
RUTLEDGE & RUTLEDGE
1053 W. Rex Road
Ste. 101
Memphis, TN 38119

Christopher Paul Renard
LAW OFFICE OF CHRISTOPHER P. RENARD
46 N. Third St.
Ste. 206
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT