UNITED STATES DISTRICT COURT
WESTERN DISTRICT
at Memphis

FILED BY ___Cy___ D.C.

05 JUL 11 PM 2: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| CHESTINE L. MONTGOMERY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 03-2948 |
| | ) | JURY DEMAND |
| | ) | |
| STATE of TENNESSEE, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER GRANTING JOINT
MOTION FOR EXTENSION OF TIME TO FILE
DISPOSITIVE MOTIONS

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant, by and through the Office of the Attorney General and Reporter for Tennessee, as well as Plaintiff, by and through her counsel of record, have moved that the Court grant an extension of time for the filing of dispositive motions, which under the current Scheduling Plan (entered October 18, 2004) are due July 18, 2005. The parties request that the due date for filing of dispositive motions be extended until July 26, 2005.

It appearing to the Court that the parties are in agreement in this matter, the due date for dispositive motions shall be extended to July 26, 2005.

All other dates within the Scheduling Order shall remain the same.

IT IS SO ORDERED this ___11th___ day of ___July___, 2005.

TU M. PHAM
United States ~~Magistrate~~ Judge
District

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _7-12-05_

60

Respectfully submitted,

PAUL G. SUMMERS
ATTORNEY GENERAL AND REPORTER

JOHN W. DALTON, No. 16653
Assistant Attorney General
Civil Litigation and State Services Division
P.O. Box 20207
Nashville, Tennessee 37202
615-741-8062

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS has been served by placing the same in the U.S. Mail, OVERNIGHT DELIVERY, addressed to:

Ms. Kaye G. Burson
Rutledge & Rutledge
Attorneys at Law
1053 W. Rex Road, Suite 101
Memphis, TN 38119

this the 8 day of July, 2005.

John W. Dalton
Assistant Attorney General

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:03-CV-02948 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Kaye G. Burson
RUTLEDGE & RUTLEDGE
1053 W. Rex Road
Ste. 101
Memphis, TN 38119

Christopher Paul Renard
LAW OFFICE OF CHRISTOPHER P. RENARD
46 N. Third St.
Ste. 206
Memphis, TN 38103

Zachary S. Griffith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

John W. Dalton
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37207--020

Honorable J. Breen
US DISTRICT COURT