IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ___ D.C.
05 AUG 31 PM 3:59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CHESTINE L. MONTGOMERY,

    Plaintiff,

v.

    Case No. 03-2948
    JURY DEMAND

STATE of TENNESSEE,

    Defendant.

ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

It appears to the Court for good cause shown that the Joint Motion for an Extension of Time For Plaintiff to Respond to Defendant's Motion for Summary Judgment is well taken.

IT IS hereby ordered that Plaintiff shall have up to and including Wednesday, September 14, 2005, to file her response to Defendant's Motion for Summary Judgment.

IT IS SO ORDERED this 31st day of August, 2005.

Tu M. Pham
United States Magistrate Judge
District

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-2-05

(66)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:03-CV-02948 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

---

Christopher Paul Renard
LAW OFFICE OF CHRISTOPHER P. RENARD
46 N. Third St.
Ste. 206
Memphis, TN 38103

John W. Dalton
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37207--020

Kaye G. Burson
RUTLEDGE & RUTLEDGE
1053 W. Rex Road
Ste. 101
Memphis, TN 38119

Zachary S. Griffith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable J. Breen
US DISTRICT COURT