IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT
at Memphis

FILED BY ___ D.C.

05 SEP -7  AM 10: 58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CHESTINE L. MONTGOMERY,

    Plaintiff,

v.

    Case No. 03-2948
    JURY DEMAND

STATE of TENNESSEE,

    Defendant.

---

### ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Plaintiff, by and through counsel, as well as Defendant, by and through the Office of the Attorney General and Reporter for Tennessee, have moved that the Court grant an extension of time for the filing of Plaintiff's response to Defendant's Motion For Summary Judgment. The parties request that the due date for filing response to Motion For Summary Judgment of dispositive motions be extended until September 14, 2005.

It appearing to the Court that the parties are in agreement in this matter, the due date for [responding to] dispositive motions shall be extended to September 14, 2005.

All other dates within the Scheduling Order shall remain the same.

IT IS SO ORDERED this 6th day of Sept, 2005.

    J. DANIEL BREEN
    United States District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  9-7-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 2:03-CV-02948 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Kaye G. Burson
RUTLEDGE & RUTLEDGE
1053 W. Rex Road
Ste. 101
Memphis, TN 38119

Christopher Paul Renard
LAW OFFICE OF CHRISTOPHER P. RENARD
46 N. Third St.
Ste. 206
Memphis, TN 38103

Zachary S. Griffith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

John W. Dalton
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37207--020

Honorable J. Breen
US DISTRICT COURT