IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHESTINE L. MONTGOMERY,

    Plaintiff,

v.                                                                No. 03-2948-B/P

STATE OF TENNESSEE,

    Defendant.

## ORDER OF REFERENCE

The above action is hereby referred to the Honorable Tu Pham, U.S. Magistrate Judge, for the purpose of conducting a settlement conference.

**IT IS SO ORDERED.**

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

10/6/05
_____
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-7-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 73 in case 2:03-CV-02948 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

---

John W. Dalton
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37207--020

Kaye G. Burson
RUTLEDGE & RUTLEDGE
1053 W. Rex Road
Ste. 101
Memphis, TN 38119

Christopher Paul Renard
LAW OFFICE OF CHRISTOPHER P. RENARD
46 N. Third St.
Ste. 206
Memphis, TN 38103

Zachary S. Griffith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable J. Breen
US DISTRICT COURT