FILED BY ⎯⎯ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 OCT 17 AM 11:05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

CHESTINE L. MONTGOMERY,

    Plaintiff,

v.                                  No. 03-2948 B

STATE OF TENNESSEE, et al.,

    Defendants.

___

ORDER DENYING DEFENDANT STATE OF TENNESSEE'S
MOTION TO ALTER OR AMEND ORDER DENYING ITS
MOTION FOR SUMMARY JUDGMENT

___

Before the Court is the October 11, 2005 motion of the Defendant, the State of Tennessee (the "State"), to alter or amend, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, the October 4, 2005 denial of its motion for summary judgment. Although the Plaintiff has not yet responded to the motion and, indeed, the time for such response has not run, the Court nonetheless deems it necessary, as trial is imminent, to issue its ruling at this time.

> The purpose of a motion to alter or amend judgment under Fed. R. Civ. P. 59(e) is to have the court reconsider matters properly encompassed in a decision on the merits. This rule gives the district court the power to rectify its own mistakes . . . Generally, three situations justify a district court altering or amending its judgment: (1) to accommodate an intervening change in controlling law; (2) to account for new evidence not available at trial; or (3) to correct a clear error of law or to prevent a manifest injustice. It is not designed to give an unhappy litigant an opportunity to relitigate matters already decided, nor is it a substitute for appeal.

Sherwood v. Royal Ins. Co. of Am., 290 F.Supp.2d 856, 858 (N.D. Ohio 2003) (internal citations and quotation marks omitted). A review of the Defendant's motion reveals that it constitutes merely a rehashing of the arguments previously presented to this Court by which the State seeks a second


This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-17-05



bite at the apple, to which it is not entitled under Rule 59(e). Accordingly, the motion is DENIED.

IT IS SO ORDERED this 13th day of October, 2005.

/s/ J. Daniel Breen
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 76 in case 2:03-CV-02948 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Kaye G. Burson
RUTLEDGE & RUTLEDGE
1053 W. Rex Road
Ste. 101
Memphis, TN 38119

Christopher Paul Renard
LAW OFFICE OF CHRISTOPHER P. RENARD
46 N. Third St.
Ste. 206
Memphis, TN 38103

Zachary S. Griffith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

John W. Dalton
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37207--020

Honorable J. Breen
US DISTRICT COURT