FILED BY _____ D.C.

05 NOV 29 PM 2: 42

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHESTINE L. MONTGOMERY,

    Plaintiff,

v.    Case No. 03-2948
    JURY DEMAND

STATE of TENNESSEE,

    Defendant.

### ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal by plaintiff and defendant, this action shall be and is hereby dismissed with prejudice, each party to bear his/her own costs.

Signed this 29th day of November, 2005, in Memphis, Tennessee.

_____
United Stated District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-29-05



Approved as to Substance and Form:

*Kaye G. Burson*
Kaye G. Burson (13179)
Attorney for Chestine Dell Montgomery/ Plaintiff
1053 West Rex Road, Suite 101
Memphis, TN 38119
901-682-0667

*John W. Dalton*
John W. Dalton (16653)
Assistant Attorney General Civil Litigation
and State Service Division
Cordell Hull Building, Second Floor
425 Fifth Avenue North
Nashville, TN 37243
Counsel for The State of TN/Defendant
1-615-741-8062

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 78 in case 2:03-CV-02948 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

John W. Dalton
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37207--020

Kaye G. Burson
RUTLEDGE & RUTLEDGE
1053 W. Rex Road
Ste. 101
Memphis, TN 38119

Christopher Paul Renard
LAW OFFICE OF CHRISTOPHER P. RENARD
46 N. Third St.
Ste. 206
Memphis, TN 38103

Zachary S. Griffith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable J. Breen
US DISTRICT COURT